# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **METROPOLITAN LIFE INSURANCE COMPANY** | **CIVIL ACTION NO. 6:13-cv-02859** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MARILYN BROOKS, ET AL.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Marilyn Brooks and Wesley Reeves, awarding the full sum of $16,791.00 together with any interest accrued thereon, to be shared equally, consistent with the report and recommendation.

Signed at Monroe, Louisiana, this 15th day of May, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE